## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT DAVIS, RELATOR, | : | No. 119 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 29th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Application for Writ of Habeas Corpus is DENIED.